1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  MEGHAN CLAIR
   Certified Student Attorney
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   DANIEL C. ZAMORANO
8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         ) No. 2:12-mj-00334-CKD
                                       )
13 |              Plaintiff,            )
                                       ) STIPULATION AND ORDER
14 |      v.                            ) TO VACATE BENCH TRIAL AND SET A
                                       ) STATUS CONFERENCE
15 | DANIEL C. ZAMORANO,                )
                                       )
16 |              Defendant.            ) Date: March 14, 2013
                                       ) Time: 9:30 a.m.
17 | _____ ) Judge: Hon. Carolyn K. Delaney

18

19      The United States Attorney through his respective counsel, CHRIS

20 CHANG, Special Assistant United States Attorney, and LINDA C. HARTER,

21 Chief Assistant Federal Defender, Attorney for DANIEL C. ZAMORANO, and

22 Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate

23 the Bench Trial set for February 8, 2013 and set a Status Conference

24 hearing for March 14, 2013 at 9:30 a.m. before Magistrate Judge Carolyn

25 K. Delaney.

26      The parties stipulate that for the purpose of computing time under

27 the Speedy Trial Act, the Court should exclude time from the date of this

28 order through March 14, 2013 for defense preparation and investigation.

Specifically, Defense Counsel needs additional time to obtain documents relating to Mr. Zamorano's medical history. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Rule T4].

Dated: January 16, 2013  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DANIEL C. ZAMORANO

/s/ Meghan J. Clair
MEGHAN J. CLAIR
Certified Student Attorney

Dated: January 16, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Chris Chang
CHRIS CHANG
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2013  /s/ Carolyn K. Delaney
HON. Carolyn K. Delaney
United States Magistrate Judge