```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-mj-00334-CKD |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | Date: March 14, 2013 |
| DANIEL C. ZAMORANO, | Time: 9:30 a.m. |
| | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

It is hereby ordered that the status conference set for March 14, 2013 at 9:30 a.m. is VACATED.  It is further ordered that the status conference is set for April 18, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE